UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SHIRLEY WILSON,  )<br>　　　3913 Light Arm Pl.  )<br>　　　Waldorf, MD 20772  )<br>　　　　　　　　　　　　　)<br>　　　　　　　　　　　　　)<br>　　　Plaintiff  )<br>　　　　　　　　　　　　　)<br>　　　　　v.  )<br>　　　　　　　　　　　　　)<br>HON. BRUCE R. JAMES  )<br>U.S. Government Printing Office  )<br>In his official capacity  )<br>732 North Capitol Street, NW  )<br>Washington, D.C. 20401  )<br>　　　　　　　　　　　　　)<br>　　　Defendant  )<br>　　　　　　　　　　　　　) | Civil Action No.  07–0025(RCL) |

## NOTICE OF APPEARANCE

The Clerk of the Court will please enter the appearance of Wyneva Johnson, Assistant

U.S. Attorney, as counsel for the Defendant.


Respectfully submitted,


____/s/_____
WYNEVA JOHNSON,  D.C. BAR #278515
Assistant U.S. Attorney
555 Fourth St., N.W., E-4106
Washington, D.C. 20530