**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

|  |  |
|---|---|
| SHIRLEY WILSON, | ) |
| Plaintiff | ) ) ) |
| v. | ) Civil Action No. 07-0025 (RCL) ) |
| HON. BRUCE R. JAMES, U.S. Government Printing Office, | ) ) ) ) |
| Defendant. | ) ) ) |

**NOTICE OF SUBSTITUTION OF COUNSEL**

The Clerk of the Court will please enter the appearance of Diane M Sullivan, Assistant U.S. Attorney, as counsel for defendant in this action and withdraw the appearance of Wyneva Johnson, Assistant U.S. Attorney.

Respectfully submitted,

__/s/_____
DIANE M. SULLIVAN, D. C. BAR # 12765
Assistant United States Attorney
Judiciary Center Building
555 Fourth Street, N.W.
Room E4919
Washington, D.C. 20530
(202) 514-7205


__/s/_____
WYNEVA JOHNSON,  D.C. BAR #278515
Assistant U.S. Attorney
Judiciary Center Building
555 Fourth St., N.W.,
Room E4106
Washington, D.C. 20530
(202) 514-7224