**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

|  |  |
|---|---|
| SHIRELY WILSON,<br>3913 Light Arm Pl.<br>Waldorf, MD 20772<br><br>   Plaintiff,<br><br>  v.<br><br>HON. BRUCE R. JAMES,<br>U.S. Government<br>Printing Office,<br>In his official capacity<br>732 North Capitol Street, NW<br>Washington, D.C. 20401<br><br>   Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>) Civil Action No. 07-0025 (RCL)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**NOTICE OF APPEARANCE**

The Clerk of the Court will please enter the appearance of Marian L. Borum, Assistant U.S. Attorney, as co-counsel for defendant in this action.

           Respectfully submitted,

           __/s/_____
           MARIAN L. BORUM, D. C. BAR # 435409
           Assistant United States Attorney
           Judiciary Center Building
           555 Fourth Street, N.W.
           Room E4810
           Washington, D.C. 20530
           (202) 514-6531