**UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA**

|  |  |  |
|---|---|---|
| **SHIRLEY WILSON** | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | |
| | ) | Civil Action No. 07-25 (RCL) |
| **HON. WILLIAM TURRI,** | ) | |
| **U.S. Government Printing Office,** | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

**CONSENT MOTION TO MODIFY THE SCHEDULEING ORDER**

COMES NOW the parties, by and through undersigned counsel, pursuant to Fed. R. Civ. Pro. 16, and hereby file this Consent Motion to Modify the Scheduling Order and extend discovery for 90 days and for reasons state:

1. Pursuant to the parties' Local Rule 16.3 Joint Report filed with the Court, discovery in this matter is scheduled to close on or about April 30, 2008.

2. The parties have worked diligently to comply with the discovery deadline. However, despite good faith efforts, due to the complex issues involved in these consolidated cases, discovery remains outstanding between the parties.

      Additionally, further time is needed to take depositions of the Plaintiffs and other essential witnesses.

4. Such discovery is necessary for the parties to investigate this claim, formulate a viable settlement position and, in the event necessary, effectively prepare this case for trial.

5. The parties anticipate an additional ninety (90) days will provide sufficient time in which to complete any remaining discovery.

6. Such extension will allow the appropriate assessment of the claim for litigation and settlement purposes.

7. During the Discovery the Plaintiff's Counsel has had two deaths in his family in California which required him to spend a lot of time in California.

8. Defendant's Counsel, is now on leave to care for an extremely ill family member.

9. All parties consent to this Motion and no prejudice will result by the requested modification of the scheduling order and/or continuance.

WHEREFORE, the parties respectfully request the Court modify the scheduling order to allow for an additional ninety (90).

Respectfully submitted,

_____/s/_____       _____/s/_____
JIMMY A. BELL, Bar # MD14639            JEFFREY A. TAYLOR, D.C. Bar # 498610
Law Office of Jimmy A. Bell, Esq.       United States Attorney

9610 Marlboro Pike

Upper Marlboro, Maryland

telephone: 301-599-7620

Attorney for Plaintiff

_____/s/_____

RUDOLPH CONTRERAS, D.C. Bar # 434122

Assistant United States Attorney

_____/s/_____

DIANE SULLIVAN, D.C. Bar # 12765

MARIAN L. BORUM, D.C. Bar # 435409

Assistant United States Attorneys

555 Fourth Street, N.W. - Civil Division

Washington, D.C.  20530

telephone: 202-514-7205

Attorneys for Defendant

**UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA**

|  |  |  |
|---|---|---|
| **SHIRLEY WILSON** | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | |
| | ) | **Civil Action No. 07-25 (RCL)** |
| **HON. WILLIAM TURRI,** | ) | |
| **U.S. Government Printing Office,** | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

**ORDER**

Upon Consideration of the Plaintiff's Consent Motion to Modify the Scheduling Order and extend discovery for 90 days, and in the interest of justice, it is this _____ day of _____, 2008, hereby ORDERED that Plaintiff's Consent Motion is been GRANTED.

_____

Judge