UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| SHIRLEY WILSON, | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | Civil Action No. 07-25 (RCL) |
| HON. WILLIAM TURRI, U.S. Government Printing Office, | ) ) ) ) | |
| Defendant. | ) ) | |

## ORDER

Upon consideration of plaintiff's Consent Motion [10] to Modify the Scheduling Order and extend discovery for 90 days, and in the interest of justice, it is hereby

ORDERED that plaintiff's motion [10] be, and is hereby, GRANTED, and the dates set forth in the Court's order of August 30, 2007, are each extended by 90 days.

SO ORDERED.

Signed by Royce C. Lamberth, United States District Judge, May 1, 2008.