IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **SHIRLEY WILSON** : | |
| Plaintiffs, : | Case No.: 07-1959-HHK |
| v. : | |
| **HON. WILLIAM TURRI,** : | |
| Defendant. : | |

**CONSENT MOTION TO MODIFY SCHEDULING ORDER**

COMES NOW the parties, by and through undersigned counsel and hereby respectfully submits this Consent Motion to Modify Scheduling Order. For cause the parties state as follows:

1. Discovery is scheduled to close on June 29, 2008.

2. The instant cases involve four plaintiffs.

3. The selection panel at issue consisted of at least 10 people, many of which may no longer work with the GPO. The parties anticipate the cooperation of these witnesses, but will have scheduling trouble during the months of July and August.

4. Additionally, Plaintiff's Counsel has two trials scheduled for the months of July and August.

5. The parties respectfully request that this Court grant an extension of discovery through mid-October so that the parties may finalize discovery and narrow issues in this matter.

WHEREFORE, for the reason of all of the foregoing, the parties respectfully request that this court GRANT this Consent Motion to Modify Scheduling Order.

Respectfully submitted,

| | |
|---|---|
| _____/s/_____ | _____/s/_____ |
| Jimmy A. Bell, Esq. | JEFFERY A. TAYLOR, D.C. Bar # 434122 |
| The Law Office of Jimmy A. Bell, P.C. | United States Attorney |
| 9610 Marlboro Pike | |
| Upper Marlboro, MD 20772 | |
| (301) 599-7620 (Tel) | _____/s/_____ |
| (301) 599-7623 (Fax) | RUDOLPH CONTRERAS, D.C. Bar #434612 |
| MD Bar No. 14639 | Assistant United States Attorney |

_____/s/_____
DIANE SULLIVAN, D.C. Bar # 12765
MARIAN L. BORUM, D.C. Bar # 435409
Assistant United States Attorneys
555 Fourth Street, N.W. - Civil Division
Washington, D.C. 20530
telephone: 202-514-7205
Attorneys for Defendant

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **SHIRLEY WILSON** | : |
| Plaintiffs, | : Case No.: 07-25-RCL |
| v. | : |
| **HON. WILLIAM TURRI,** | : |
| Defendant. | : |

## ORDER

Upon consideration of the parties Consent Motion to Modify Scheduling Order and in the interest of justice, it is, this _____ day of June, 2008, hereby

**ORDERED** that parties Consent Motion is hereby **GRANTED**.

_____
United States District Court Judge